EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: <br><br><br> Lissette Marín Aponte | 2024 TSPR 33 <br><br> 213 DPR ___ |

Número del Caso: TS-6,048

Fecha: 8 de abril de 2024

Abogada de la peticionaria:

    Por derecho propio

Materia: Readmisión al ejercicio de la abogacía y la notaría.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *Ex parte:* | |
| Lissette Marín Aponte | TS-6,048 |

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 8 de abril de 2024.

Examinada la *Moción solicitando readmisión al ejercicio de la abogacía y la notaría* presentada por la Sra. Lissette Marín Aponte, así como la *Certificación* presentada por el Programa de Educación Jurídica Continua, **se readmite a la licenciada Marín Aponte al ejercicio de la abogacía y la notaría.**

Consecuentemente, se aprueba la fianza expedida a su nombre por MAPFRE PRAICO Insurance Company, **efectiva a partir del 19 de marzo de 2024,** para garantizar las funciones notariales de la peticionaria. Remítase la fianza notarial al Secretario de Hacienda de Puerto Rico para que se archive en su oficina a los fines dispuestos en el Art. 11 de la Ley Núm. 230 de 24 de julio de 1974 (3 LPRA sec. 283 j) y copia certificada de esta *Resolución* a este funcionario y al Secretario de Estado de Puerto Rico para su conocimiento. Únase, además, copia de la fianza al expediente personal de la peticionaria.

La licenciada Marín Aponte deberá recoger su sello y obra notarial depositada y custodiada en el Archivo Notarial del Distrito Notarial correspondiente.

La Secretaría de este Tribunal deberá hacer el cambio correspondiente en el Registro Único de Abogados y Abogadas (RUA).

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo